UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2011 MAR 29  P 2: 25
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| DAVID HOPE, | - |
| Plaintiff, | - 1:11-cv-229-SRW |
| v. | - PLAINTIFF'S VERIFIED |
| | - COMPLAINT AND |
| FIRSTSOURCE ADVANTAGE, LLC, | - DEMAND FOR JURY |
| | - TRIAL |
| Defendant. | - |

DAVID HOPE ("Plaintiff"), through his attorneys, KROHN & MOSS, LTD., allege the following against FIRSTSOURCE ADVANTAGE, LLC, ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant is located in the state of New York and regularly conducts business in the state of Alabama and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6.  Plaintiff is a natural person residing in Dothan, Houston County, Alabama.

7.  Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owe a debt as that term is defined by 15 U.S.C. 1692a(5).

8.  Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9.  Defendant is a company located in Buffalo, New York.

10.  Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

11.  Defendant is communicating and attempting to communicate with Plaintiff regarding an alleged debt owed.

12.  Defendant has been constantly and continuously placing collection calls to Plaintiff seeking and demanding payment for the alleged debt since approximately December of 2010.

13.  Defendant is placing daily collection calls to Plaintiff, often calling three (3) to five (5) times in a single day attempting to collect upon the alleged debt at issue.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

14.  Defendant violated the FDCPA based on the following:

    a.  Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff; and

    b.  Defendant violated *§1692d(5)* of the FDCPA by causing the telephone to ring or

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, DAVID HOPE, demands a jury trial in this case.

engaged any person in telephone conversations repeatedly.

WHEREFORE, Plaintiff, DAVID HOPE, respectfully requests judgment be entered against Defendant, FIRSTSOURCE ADVANTAGE, LLC, for the following:

15. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

16. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

17. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED: March 18, 2011

By: _____
M. Brandon Walker
1120 Lanier Drive
Bessemer, Alabama 35022


Of Counsel
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025